UNITED STATES DISTRICT
COURT
FOR THE MIDDLE DISTRICT OF
PENNSYLVANIA

UNITED STATES OF AMERICA :
: No. 3:22-CR 26
v. :
:
JOSE ESTEBAN MERCADO-COLON, :
: (Judge           )
:
Defendant. :

INDICTMENT

THE GRAND JURY CHARGES:

FILED
SCRANTON
JAN 25 2022

PER _____
DEPUTY CLERK

COUNT 1
18 U.S.C §113(a)(3)
Assault with a Dangerous Weapon

On or about September 22, 2021, in the Middle District of Pennsylvania, within the special maritime and territorial jurisdiction of the United States, to wit, the United States Penitentiary-Canaan, the defendant,

JOSE ESTEBAN MERCADO-COLON,

did knowingly and intentionally assault an individual with a dangerous weapon, namely a 6" sharpened object with a bedsheet attached as a handle/lanyard, with intent to do bodily harm, and without just cause or excuse.

In violation of Title 18, United States Code, Sections 113(a)(3).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
18 U.S.C §113(a)(6)
Assault Resulting in Serious Bodily Injury

On or about September 22, 2021, in the Middle District of Pennsylvania, within the special maritime and territorial jurisdiction of the United States, to wit, the United States Penitentiary-Canaan, the defendant,

**JOSE ESTEBAN MERCADO-COLON,**

did knowingly and intentionally assault an individual, said assault resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 113(a)(6).

2

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
18 U.S.C. §1791(a)(2)
Possession of Contraband in Prison

On or about September 22, 2021, in Wayne County, within the Middle District of Pennsylvania, the defendant,

**JOSE ESTEBAN MERCADO-COLON**,

being an inmate at the United States Penitentiary-Canaan, did knowingly possess a prohibited object, to wit: a weapon and an object designed to be used as a weapon, more specifically, a 6" sharpened object with a bedsheet attached as a handle/lanyard which the defendant held in his hand.

In violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(d)(1)(B).

A TRUE BILL

JOHN C. GURGANUS
United States Attorney

_____
JAMES M. BUCHANAN
Assistant United States Attorney

1-25-22
_____
Date

3